UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE WILBURN,

                Plaintiff,

-against-

VALERIE GALLOWAY, ET AL.,

                Defendants.

23-CV-10513 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brought this action *pro se*. On January 8, 2024, the Court dismissed the action and the Clerk of Court entered judgment. (ECF 6, 7.) Also on January 8, 2024, the Court received from Plaintiff a motion requesting that the Court direct the United States Marshals Service to effect service on Defendants.[1] (ECF 8.)

    Because the Court has dismissed this action, the Court denies Plaintiff's motion (ECF 8) as moot. This action remains closed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 10, 2024
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge

---

[1] Plaintiff's motion was entered on the docket on January 9, 2024.